933 A.2d 646

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Kevin BRINKLEY, Respondent.**

**No. 115 EM 2007.**

Supreme Court of Pennsylvania.

Sept. 18, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of September, 2007, the Petition for Special Assignment to Complete PCRA Proceeding is denied.

Justice FITZGERALD did not participate in the consideration or decision of this matter.